IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIAN LISA HARUCH,<br>Plaintiff, | : | |
| v. | : | CIVIL ACTION<br>NO. 17-0773 |
| NANCY A. BERRYHILL,<br>*Acting Commissioner of*<br>*Social Security*<br>Defendant. | : | |

**ORDER**

FILED
AUG 08 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

AND NOW this 8th day of August, 2018, upon consideration of Plaintiff's Objection (ECF No. 17) to the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (ECF No. 14), it is hereby ORDERED as follows:

(1) The Report and Recommendation (ECF No. 14) is APPROVED and ADOPTED;

(2) Plaintiff Objection (ECF No. 17) is OVERRULED;

(3) Plaintiff's Request for Review (ECF No. 10) is DENIED and the final Order of the Commissioner of Social Security is AFFIRMED; and,

(4) The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

_____
C. Darnell Jones, II    J.